**DISMISS and Opinion Filed December 19, 2022**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-22-00956-CV**

**DERRICK DOTSON, Appellant**

**V.**

**CITY OF DALLAS, Appellee**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-15671**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Partida-Kipness, and Justice Nowell
Opinion by Justice Partida-Kipness

Before the Court is appellant's motion to dismiss the appeal. Appellant informs the Court that he no longer wishes to pursue the appeal. Accordingly, we grant the motion and dismiss the appeal. TEX. R. APP. P. 42.1(a)(1).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

220956F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DERRICK DOTSON, Appellant

No. 05-22-00956-CV     V.

CITY OF DALLAS, Appellee

On Appeal from the 95th District
Court, Dallas County, Texas
Trial Court Cause No. DC-18-15671.
Opinion delivered by Justice Partida-
Kipness. Chief Justice Burns and
Justice Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee CITY OF DALLAS recover its costs of this appeal from appellant DERRICK DOTSON.

Judgment entered December 19, 2022